**KAZEROUNI LAW GROUP, APC**
Ryan L. McBride, Esq. (SBN: 297557)
ryan@kazlg.com
Jonathan Gil, Esq. (SBN: 347431)
jonathan@kazlg.com
2221 Camino Del Rio S, Suite 101
San Diego, California 92108
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff*
Thomas Doughty

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DOUGHTY,<br><br>                  Plaintiff,<br><br>        v.<br><br>PELICAN INVESTMENT HOLDINGS, LLC d/b/a AUTO SERVICE DEPARTMENT,<br><br>                  Defendant. | Case No.: 8:24-cv-01926-KES<br><br>**PROOF OF SERVICE** |

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| **THOMAS DOUGHTY** <br><br> *Plaintiff* <br><br> v. <br><br> **PELICAN INVESTMENT HOLDINGS, LLC d/b/a AUTO SERVICE DEPARTMENT** <br><br> *Defendant* | Civil Action No. 8:24-cv-01926-KES |

## AFFIDAVIT OF SERVICE

I, Seth Kinmont, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to PELICAN INVESTMENT HOLDINGS, LLC d/b/a AUTO SERVICE DEPARTMENT in Sacramento County, CA on September 10, 2024 at 2:31 pm at 7801 Folsom Boulevard, # 202, Sacramento, CA 95826 by leaving the following documents with Jennifer Lee who as Intake Specialist at 1505 Corporation CORPORATE CREATIONS NETWORK INC. is authorized by appointment or by law to receive service of process for PELICAN INVESTMENT HOLDINGS, LLC d/b/a AUTO SERVICE DEPARTMENT.

Cover Sheet
Complaint
Summons
Notice of Interested Parties

Asian Female, est. age 35-44, glasses: N, Black hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=38.5515807229,-121.4129091227
Photograph: See Exhibit 1


Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Yolo County, CA on 9/11/2024.

/s/ *Seth Kinmont*

Seth Kinmont - +1 (310) 623-9172
Registration No.: PS20
Registration County: Yolo



Exhibit 1a)