**KAZEROUNI LAW GROUP, APC**
Ryan L. McBride, Esq. (SBN: 297557)
ryan@kazlg.com
Jonathan Gil, Esq. (SBN: 347431)
jonathan@kazlg.com
2221 Camino Del Rio S, Suite 101
San Diego, California 92108
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*
Thomas Doughty

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DOUGHTY, <br><br> Plaintiff, <br><br> v. <br><br> PELICAN INVESTMENT HOLDINGS, LLC d/b/a AUTO SERVICE DEPARTMENT, <br><br> Defendant. | **Case No.: 8:24-cv-01926-FWS-ADS** <br><br> **PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT** |

    Plaintiff Thomas Doughty ("Plaintiff") hereby requests that the Clerk of the above-entitled Court enter a default against Defendant Pelican Investment Holdings, LLC d/b/a Auto Service Department, ("Defendant Pelican") on the grounds that Defendant has failed to file an answer to the complaint within the time prescribed by the Federal Rules of Civil Procedure.

    On September 1, 2024, Plaintiff filed the Complaint in this action. (ECF No. 1). On September 10, 2024, Defendant Pelican was served with a copy of the

Complaint and Summons in this action. (ECF No. 8). Plaintiff filed proof of service on September 11, 2024. (ECF No. 8). On October 28, 2024, Plaintiff's counsel sent a letter to Defendant at their registered agent's address, principal address, mailing address, and former principal address, as stated by the California Secretary of State. *See* Declaration of Jonathan Gil ¶ 3. The letter stated the procedural history of the case up to that date. *Id.* Furthermore, it provided that "[i]f we do not receive a response from you or your attorney within 14 days, or as mandated by the Court, we will file a Notice and Motion for Default Judgment pursuant to FRCP 55(a)." *Id.*

To date, Plaintiff's counsel has yet to receive any communication from Defendant in response to the lawsuit. Defendant's period to file a response has long lapsed. Therefore, entry of default is appropriate, and Plaintiff moves the clerk to enter default on Defendant in this action.

Respectfully submitted,

                                               **KAZEROUNI LAW GROUP**

Date: November 5, 2024                     By: s/Jonathan Gil
                                                    Jonathan Gil, Esq.
                                                    *Attorney for Plaintiff*