# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DOUGHTY<br><br>PLAINTIFF(S)<br><br>v.<br><br>PELICAN INVESTMENT HOLDINGS, LLC<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>8:24−cv−01926−FWS−ADS<br><br><br>**DEFAULT BY CLERK**<br>**F.R.Civ.P. 55(a)** |

 It appearing from the records in the above−entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

 Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

 Defendant Pelican Investment Holdings, LLC dba Auto Service Department

Clerk, U.S. District Court

 November 12, 2024   By  /s/ *Jenny Lam*
Date          Deputy Clerk

CV−37 (10/01)   **DEFAULT BY CLERK F.R.Civ.P. 55(a)**