Dwight Beckstrand
**BECKSTRAND LAW OFFICES**
225 Cyclone Street
Nipomo, California 93444
P: 805-235-7150
F: 800-317-0357
E: dwight@beckstrandlaw.com

Attorneys for Defendant Pelican Investment Holdings, LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS DOUGHTY, an individual,<br><br>*Plaintiff,*<br><br>v.<br><br>PELICAN INVESTMENT HOLDINGS GROUP, LLC d/b/a AUTO SERVICE DEPARTMENT,<br><br>*Defendant.* | **Case No.: 8:24-cv-01926-KES**<br><br>**NOTICE OF ENTRY OF APPEARANCE**<br><br>Complaint Filed:    September 5, 2024 |

Notice is hereby given of the entry of the undersigned as counsel for Defendant Pelican Investment Holdings, LLC, in the above-titled action. Notices to said Defendant should be directed to:

>Dwight Beckstrand (CA State Bar No. 256006)
>**BECKSTRAND LAW OFFICES**
>225 Cyclone Street
>Nipomo, California  93444
>P: (805) 235-7150
>F: (800) 317-0357
>E: dwight@beckstrandlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December, 2024, the foregoing document was filed through the Court's electronic filing system and will be sent electronically to the parties.

By:   /s/ Dwight Beckstrand
      Dwight Beckstrand