UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DOUGHTY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PELICAN INVESTMENT HOLDINGS, LLC d/b/a AUTO SERVICE DEPARTMENT<br><br>　　　　　Defendant. | Case No.: 8:24-cv-01926-FWS-ADS<br><br>**ORDER VACATING ENTRY OF DEFAULT AGAINST DEFENDANT AND ALLOWING TWENTY ONE DAYS FOR DEFENDANT TO FILE AN ANSWER TO COMPLAINT** |

Pending before the Court is Plaintiff Thomas Doughty ("Plaintiff") and Defendant Pelican Investment Holdings, LLC d/b/a Auto Service Department ("Defendant") (collectively, "the Parties") Stipulation for Entry of Default. *See* ECF No. 16.

As the parties both agreed to set aside the Clerk's Entry of Default, good cause is shown and **IT IS HEREBY ORDERED** that the Stipulation to Vacate Entry of default is **GRANTED**, the Clerk's Entry of Default shall be set aside, and Defendant has until **December 26, 2024**, to file its responsive pleading to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated: December 5, 2024

_____
HON. FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE