**KAZEROUNI LAW GROUP, APC**
Ryan L. McBride, Esq. (SBN: 297557)
ryan@kazlg.com
Jonathan Gil, Esq. (SBN: 347431)
jonathan@kazlg.com
2221 Camino Del Rio S., #101
San Diego, CA 92108
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Thomas Doughty

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DOUGHTY,<br><br>Plaintiff,<br><br>v.<br><br>PELICAN INVESTMENT HOLDINGS, LLC d/b/a/ AUTO SERVICE DEPARTMENT,<br><br>Defendants. | Case No.: 8:24-CV-01926-FWS-ADS<br><br>**PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS** |

| Material Facts as to which there is No Genuine Dispute. | Evidence in the Record |
|---|---|
| 1. Between July 2022 and July 2024, Defendant called (610) 324-0995, more than once in any 12-month period. | *See* Exhibit A, Plaintiff's Request for Admission ("RFA") No. 1; Exhibit B, Declaration of Thomas Doughty ("Doughty Decl."), ¶¶ 3-5. |
| 2. Between July 2022 and July 2024, Defendant called (484) 202-0292, more than once in any 12-month period. | *See* Ex. A, RFA No. 2; Ex. B, Doughty Decl. ¶¶ 3-5. |
| 3. Between July 2022 and July 2024, Defendant called (610) 428-0033, more than once in any 12-month period. | *See* Ex. A, RFA No. 3; Ex. B, Doughty Decl. ¶¶ 3-5. |
| 4. Between July 2022 and July 2024, Defendant called (512) 934-4946, more than once in any 12-month period. | *See* Ex. A, RFA No. 4; Ex. B, Doughty Decl. ¶¶ 3-5. |
| 5. Plaintiff is the residential telephone subscriber for the phone numbers (610) 324-0995, (484) 202-0292, (610) 428-0033, and (512) 934-4946, which he registered on the National Do Not Call registry, on or before January 17, 2022. | *See* Ex. B, Doughty Decl. ¶ 3. |

| | | |
|---|---|---|
| 6. | Defendant called each of Plaintiff's phone numbers on more than one occasion to solicit auto warranties. | *See* Ex. A, RFA Nos. 5, 6, 7, 8; Doughty Decl. ¶ 4-5. |
| 7. | Defendant or its agents have introduced itself as "Auto Service Department," "Vehicle Service Department," "Vehicle Processing Department," or "ASD Warranty." | *See* Ex. A, RFA Nos. 10, 11, 12, 13; Doughty Decl. ¶ 6. |
| 8. | Defendant or its agents also solicit home warranties. | *See* Ex. A, RFA No. 14; Ex. B, Doughty Decl. ¶ 5. |
| 9. | Plaintiff repeatedly asked Defendant or its agents to stop calling him. | *See* Ex. A, RFA No. 15; Ex. B, Doughty Decl. ¶ 9. |
| 10. | Defendant calls consumers as part of telemarketing campaigns. | *See* Ex. A, RFA No. 17; Ex. B, Doughty Decl. ¶¶ 6-8. |
| 11. | Between July 2022 and August 2024, Defendant or its agents called Plaintiff's Phone Numbers, in total, more than 500 times. | *See* Ex. A, RFA No. 23; Ex. B, Doughty Decl. ¶ 5. |
| 12. | To date, Defendant or its agents called Plaintiff's Phone Numbers, in total, 655 times. | *See* Ex. B, Doughty Decl. ¶ 5; *see also* Ex. A, RFA Nos. 23, 24. |
| 13. | In July of 2022, Defendant or its agents did not maintain policies to check the National Do Not Call Registry prior to make phone call solicitations. | *See* Ex. A, RFA No. 25. |

- 3 -

Plaintiff's Statement of Uncontroverted Facts    Case No.: 8:24-CV-01926-FWS-ADS

| | |
|---|---|
| **14.** Between July 2022 and August 2024, Defendant or its agents did not maintain an internal do not call registry for individuals who asked not to be called. | *See* Ex. A, RFA No. 26. |
| **15.** Between July 2022 and August 2024, Defendant or its agents did not update an internal do not call registry as to Plaintiff's Phone Numbers. | *See* Ex. A, RFA No. 27. |
| **16.** Plaintiff never provided his consent to be called by Defendant. | *See* Ex. B, Doughty Decl. ¶¶ 5, 9. |
| **17.** Plaintiff filed his Complaint against Defendant on September 5, 2024. | *See* ECF No. 1; Exhibit C, Declaration of Jonathan Gil ("Gil Decl."), ¶ 3. |
| **18.** On September 10, 2024, Plaintiff served Defendant a copy of the summons and complaint in this action. | *See* ECF No. 8; Ex. C, Gil Decl. ¶ 4. |
| **19.** On November 5, 2024, Plaintiff requested the Clerk of the Court to enter default against Defendant for its failure to file an Answer. | *See* ECF No. 5; Ex. C, Gil Decl. ¶ 5. |
| **20.** On November 12, 2024, the Clerk of this Court filed an entry of Default against Defendant. | *See* ECF No. 13. |
| **21.** On December 4, 2024, after Defendant's counsel made his | *See* ECF No. 16; Ex. C, Gil Decl. ¶ 7 |

| | |
|---|---|
| appearance, the Parties agreed to set aside entry of default. | |
| **22.** Defendant filed its Answer to Plaintiff's Complaint on December 27, 2024. | *See* ECF No. 18. |
| **23.** On February 7, 2025, Plaintiff's counsel sent Defendant's counsel a Notice of Deposition, Requests for Admission, Interrogatories, and Requests for Production. | *See* Ex. C, Gil Decl. ¶ 8; *see generally*, Ex. A, RFA. |
| **24.** On March 11, 2025, Defendant's counsel requested an extension until March 21, 2025, to respond to Plaintiff's Discovery Requests and Plaintiff's counsel granted the extension. | *See* Ex. C, Gil Decl. ¶ 9. |
| **25.** On March 21, 2025, Defendant's counsel requested a second extension until March 28, 2025, to respond to Plaintiff's Discovery Requests and Plaintiff's counsel granted the extension. | *See* Ex. C, Gil Decl. ¶ 10. |
| **26.** On April 8, 2025, Plaintiff's counsel requested an update on the discovery responses and Defendant's counsel asked for an additional 48 hours to follow-up. | *See* Ex. C, Gil Decl. ¶ 11. |

| | |
|---|---|
| **27.** By April 14, 2025, Defendant's counsel had not followed-up pursuant to its representation on April 8, 2025. | *See* Ex. C, Gil Decl. ¶ 12. |
| **28.** On April 14, 2025, Plaintiff's counsel sent Defendant's counsel a letter explaining that Plaintiff's counsel has not received any responses or objections to the discovery requests and indicated that all of the Requests for Admissions are deemed admitted pursuant to Fed. R. Civ. P. 36(a)(3). | *See* Ex. C, Gil Decl. ¶ 12. |
| **29.** On June 5, 2025, Plaintiff's counsel spoke with Defendant's counsel pursuant to L.R. 7-3 and Defendant's counsel conceded that the Requests for Admission had been deemed admitted pursuant to Fed. R. Civ. P. 36(a)(3). | *See* Ex. C, Gil Decl. ¶¶ 13-14. |
| **30.** To date, Defendant has not provided any responses to discovery. | *See* Ex. C, Gil Decl. ¶ 15. |

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

Date: July 7, 2025       By:   *s/ Ryan L. McBride*
                                  Ryan L. McBride, Esq.
                                  *Attorney for Plaintiff*