**KAZEROUNI LAW GROUP, APC**
Ryan L. McBride, Esq. (SBN: 297557)
ryan@kazlg.com
Jonathan Gil, Esq. (SBN: 347431)
jonathan@kazlg.com
2221 Camino del Rio S, Suite 101
San Diego, California 92108
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff*
Thomas Doughty

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DOUGHTY,<br><br>               Plaintiff,<br><br>v.<br><br>PELICAN INVESTMENT HOLDINGS, LLC d/b/a AUTO SERVICE DEPARTMENT<br><br>               Defendant. | Case No.: 8:24-cv-01926-FWS-ADS<br><br>**Declaration of Ryan L. McBride in Support of Plaintiff's Motion for Default Judgment Against Defendant Pelican Investment Holdings, LLC d/b/a Auto Service Department**<br><br>Date: January 15, 2026<br>Time: 10:00 a.m.<br>Courtroom: 10D, 10th Floor<br><br>Hon. Fred W. Slaughter |

I, Ryan L. McBride, hereby declare under penalty of perjury that the following is true and correct:

1. I have personal knowledge of the following facts and, if called as a witness, would testify as follows:
2. I am one of Plaintiff's co-counsel in this action and make this declaration in support of Plaintiff Motion for Default Judgment.
3. On September 5, 2024, Plaintiff filed the instant action. *See* ECF No. 1.
4. On September 10, 2024, Plaintiff served Defendant a copy of the summons and complaint in this action. *See* ECF No. 8.
5. On October 28, 2024, Plaintiff's counsel sent a letter to Defendant. It provided Defendant with the case name, number, and a request for their response. Notably, the letter indicates Plaintiff's intention to proceed with Default Judgment should Defendant choose to remain silent. Plaintiff's counsel mailed this letter to Defendant's registered agent, principal address, mailing address, and former principal address as provided by the California Secretary of State.
6. Plaintiff's counsel repeatedly tried to engage amicably with Defendant, including contacting previous counsel of Defendant. Plaintiff counsel's attempts to establish lines of communication to settle the care or to generally communicate about any matter related to Plaintiff's claims have been unsuccessful.

///
///
///
///
///
///
///
///

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was signed on December 8, 2025, in San Diego, California.

Dated: December 8, 2025

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/Ryan L. McBride
Ryan L. McBride, Esq.
*Attorneys for Plaintiff*