# EXHIBIT B

Bill period
Feb 22, 2022 - Mar 21, 2022

Account

## TOTAL DUE

# $197.00

Your bill is due by Apr 14, 2022.

AutoPay is scheduled for Apr 12, 2022 using

Thanks for paying your last bill of $197.00 on Mar 12, 2022.

# Hi Thomas,

## Here's your bill for March.

With your Magenta® plans, you have unlimited talk, text and data. You're receiving your AutoPay discount. Thanks for being an awesome T-Mobile customer!

---

## PLANS

# $190.00



**Your plan includes:**

- 5G access at no extra cost
- Best-in-wireless scam protection

Details @ t-mo.co/Plans

---

## EQUIPMENT

# $7.00



**The T-Mobile® app lets you easily:**

- Pay your bill anytime/anywhere
- Upgrade your phone
- Get 24/7 support

Download the app @ t-mo.co/App

---

## SERVICES

# $0.00

**This month's charges are the same as last month's**

- Use your phone in Mexico and Canada! Enjoy Mobile Without Borders. Get unlimited talk, text and data throughout North America.

**Simple Global update:**

- We've added additional countries and destinations!
- Notice: We're updating our Simple Global international calling rate to $0.25/min

Details/eligibility @ t-mo.co/SGCall

---

YOU HAVE

# $40.34

**IN TOTAL SAVINGS**

With your promotions and discounts, you are saving some extra cash!

# Largest.
# Fastest.
# Leader in 5G.

YOU ARE COVERED IN

# 210+

countries & destinations w/ unlimited text & 2G data

Learn more about your carrier benefits @t-mo.co/benefits

Capable device required; coverage not available in some areas. Some uses may require certain plan or feature; see T-Mobile.com. Awarded fastest by Opensignal Awards—USA: 5G User Experience Report April 2021.

Bill period
Feb 22, 2022 - Mar 21, 2022

Account

Page
8 of 26

0995 , **TALK**

...CONTINUED - (610) 324-0995 , **TALK**

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|
| Mar 02 | | | | | |
| 5:46 PM | **IN** | (610) 696-7446 | Incoming | - | 1 | - |
| Mar 03 | | | | | |
| 11:25 AM | **IN** | (570) 252-9586 | Incoming | - | 1 | - |



**Bill period**
Jun 22, 2022 - Jul 21, 2022

**Account**

Page
1 of 24

## TOTAL DUE

# -$4.00

Your account has a credit balance, this will be credited to your next bill.

AutoPay is scheduled for Aug 12, 2022 using .

Thanks for paying your last bill of $155.34 on Jul 12, 2022.

# Hi Thomas,

### Here's your bill for July.

Thank you for being a part of the T-Mobile family! We applied a $14.00 credit to your account to show you our appreciation.

## BALANCE

# $0.00



## PLANS

# $150.00





COMPARE YOUR PLAN MONTH-TO-MONTH

| $190.00 | $190.00 | $162.34 | $150.00 |
|---|---|---|---|
| Apr | May | Jun | Jul |

## EQUIPMENT

# -$154.00



**The T-Mobile® app lets you easily:**

- Pay your bill anytime/anywhere
- Upgrade your phone
- Get 24/7 support

Download the app @ t-mo.co/App

## SERVICES

# $0.00

**This month's charges are the same as last month's**

- Use your phone in Mexico and Canada! Enjoy Mobile Without Borders. Get unlimited talk, text and data throughout North America.

**Simple Global update:**

- Stay connected and stay up to date around the world with unlimited data now at faster speeds than before

Details @ t-mo.co/SGCall

YOU HAVE

# $48.34

IN TOTAL SAVINGS

With your promotions and discounts, you are saving some extra cash!

# Largest.
# Fastest.
# Leader in 5G.

YOU ARE COVERED IN

# 210+

countries & destinations w/ text and data

Learn more about your carrier benefits @t-mo.co/benefits

Capable device required; coverage not available in some areas. Some uses may require certain plan or feature; see T-Mobile.com. Awarded fastest by Opensignal Awards—USA: 5G User Experience Report April 2021.

Bill period
Jun 22, 2022 - Jul 21, 2022

Account

0995 , TALK

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|

0995 , TALK

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|
| 11:59 AM | IN (724) 305-9952 | Incoming | W | 1 | - |

Jul 18

Bill issue date
**Aug 21, 2022**

Account

Page
1 of 24

## TOTAL DUE

# $132.00

Your bill is due by Sep 14, 2022.

AutoPay is scheduled for Sep 12, 2022 using

# Hi Thomas,

### Here's your bill for August.

Thank you for being a part of the T-Mobile family! We applied a $14.00 credit to your account to show you our appreciation.

## BALANCE FORWARD

# -$18.00

## PLANS

# $150.00



**Your plan includes:**

- 5G access at no extra cost
- Best-in-wireless scam protection

Details @ t-mo.co/Plans

## EQUIPMENT

# $0.00



**The T-Mobile® app lets you easily:**

- Pay your bill anytime/anywhere
- Upgrade your phone
- Get 24/7 support

Download the app @ t-mo.co/App

## SERVICES

# $0.00

**This month's charges are the same as last month's**

- Use your phone in Mexico and Canada! Enjoy Mobile Without Borders. Get unlimited talk, text and data throughout North America.

**Simple Global update:**

- Stay connected and stay up to date around the world with unlimited data now at faster speeds than before

Details @ t-mo.co/SGCall

---

YOU HAVE

# $48.34

IN TOTAL SAVINGS

With your promotions and discounts, you are saving some extra cash!

# Largest. Fastest. Leader in 5G.

YOU ARE COVERED IN

# 210+

countries & destinations w/ text and data

Learn more about your carrier benefits @t-mo.co/benefits

Capable device required; coverage not available in some areas. Some uses may require certain plan or feature; see T-Mobile.com. Awarded fastest by Opensignal Awards—USA: 5G User Experience Report April 2021.



0995 , TALK

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|
| Aug 08 | | | | | - |
| 9:31 AM | IN | (724) 313-9991    Incoming | - | 2 | - |

0995 , TALK

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|

Bill issue date
Sep 21, 2022

Account

## TOTAL DUE

# $140.00

Your bill is due by Oct 14, 2022.

AutoPay is scheduled for Oct 12, 2022 using

Thanks for paying your last bill of $118.00
on Sep 12, 2022.

# Hi Thomas,

### Here's your bill for September.

Thank you for being a part of the T-Mobile family! We applied a $14.00 credit to your account to show you our appreciation.

---

## BALANCE FORWARD

# -$14.00



---

## PLANS

# $150.00

**Your plan includes:**

- 5G access at no extra cost
- Best-in-wireless scam protection

Details @ t-mo.co/Plans

---

## EQUIPMENT

# $4.00

**The T-Mobile® app lets you easily:**

- Pay your bill anytime/anywhere
- Upgrade your phone
- Get 24/7 support

Download the app @ t-mo.co/App



---

## SERVICES

# $0.00

**This month's charges are the same as last month's**

- Use your phone in Mexico and Canada! Enjoy Mobile Without Borders. Get unlimited talk, text and data throughout North America.

**Simple Global update:**

- Stay connected and stay up to date around the world with unlimited data now at faster speeds than before

Details @ t-mo.co/SGCall

---

YOU HAVE

# $48.34

**IN TOTAL SAVINGS**

With your promotions and discounts, you are saving some extra cash!

# Largest.
# Fastest.
# Leader in 5G.

YOU ARE COVERED IN

# 210+

countries & destinations
w/ text and data

Learn more about your carrier benefits @t-mo.co/benefits

Capable device required; coverage not available in some areas. Some uses may require certain plan or feature; see T-Mobile.com. Awarded fastest by Opensignal Awards—USA: 5G User Experience Report April 2021.

Bill issue date
Sep 21, 2022

Account

Page
4 of 36

# USAGE DETAILS

For information only - charges are shown in the One-Time Charges section.

| 0995 | | | | Aug 22 - Sep 21 |
|---|---|---|---|---|

### TALK

| When | Who | Description | Type | Min | Cost |
|---|---|---|---|---|---|



| | | 0995 , TALK | | | |
|---|---|---|---|---|---|
| When | Who | Description | Type | Min | Cost |

Aug 25

| | 3:12 PM | IN | (915) 284-5540 | Incoming | - | 21 | - |
|---|---|---|---|---|---|---|---|

| | 4:25 PM | IN | (949) 209-0620 | Incoming | - | 3 | - |
|---|---|---|---|---|---|---|---|

Aug 26

| | 11:15 AM | IN | (214) 894-4299 | Incoming | - | 10 | - |
|---|---|---|---|---|---|---|---|

Bill issue date
Sep 21, 2022

Account



0995 , TALK

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|
| Sep 12 | | | | | |
| 3:49 PM | IN | (814) 345-1498  Incoming | - | 2 | - |
| Sep 14 | | (717) 619-9192  Incoming | - | 1 | - |
| 9:37 AM | IN | | | | |

0995 , TALK

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|
| Sep 19 | | | | | |
| 2:34 PM | IN | (878) 213-4296  Incoming | - | 3 | - |



Bill issue date
Nov 21, 2022

Account ███████

Page
1 of 36

## TOTAL DUE
# $154.00

Your bill is due by Dec 14, 2022.

████████████

Thanks for paying your last bill of $140.00 on Nov 12, 2022.

# Hi Thomas,

## Here's your bill for November.

With your Magenta® plans, you have unlimited talk, text and data. You're receiving your AutoPay discount. Thanks for being an awesome T-Mobile customer!

---

## BALANCE
# $0.00

**This is what happened since your last bill:**
- Your last bill was $154.00.
- You paid $140.00 on Nov 12.
- You had a credit/adjustment of $14.00.

---

## PLANS
# $150.00

3 VOICE LINES = $120.00  |  1 CONNECTED DEVICE = $30.00

**This month's charges are the same as last month's**
- 4 lines received a total AutoPay discount of $20.00.
- (737) 314-4691 received 2022 HINT P11 of $20.00.
- Guess what? You have unlimited minutes, texts and data with your plan!

**Your plan includes:**
- 5G access at no extra cost
- Best-in-wireless scam protection

Details @ t-mo.co/Plans

---

## EQUIPMENT
# $4.00

2 HANDSETS = $4.00

**This month's charges are the same as last month's**
- (512) 934-4946 received T613 2021 Smartphone Activate P2 of $8.34.

**The T-Mobile® app lets you easily:**
- Pay your bill anytime/anywhere
- Upgrade your phone
- Get 24/7 support

Download the app @ t-mo.co/App

---

## SERVICES
# $0.00

**This month's charges are the same as last month's**
- Use your phone in Mexico and Canada! Enjoy Mobile Without Borders. Get unlimited talk, text and data throughout North America.

**Simple Global update:**
- Stay connected and stay up to date around the world with unlimited data now at faster speeds than before

Details @ t-mo.co/SGCall

---

YOU HAVE
# $48.34
**IN TOTAL SAVINGS**

With your promotions and discounts, you are saving some extra cash!

# Largest.
# Fastest.
# Leader in 5G.

YOU ARE COVERED IN
# 210+
countries & destinations w/ text and data

Learn more about your carrier benefits @t-mo.co/benefits

Capable device required; coverage not available in some areas. Some uses may require certain plan or feature; see T-Mobile.com. Awarded fastest by Opensignal Awards—USA: 5G User Experience Report April 2021.

Bill issue date
Nov 21, 2022

Account ████████

# USAGE DETAILS

For information only - charges are shown in the One-Time Charges section.



████████ **0995**      **Oct 22 - Nov 21**

**TALK**

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|
| Oct 22 | | | | | |
| Oct 23 | | | | | |
| Oct 24 | | | | | |
| Oct 25 | | | | | |
| 1:31 PM | **IN** (267) 245-0632 | Incoming | - | 3 | - |

...CONTINUED - ████████ -0995 , TALK

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|
| Oct 26 | | | | | |
| Oct 27 | | | | | |
| 1:30 PM | **IN** (878) 223-4835 | Incoming | W | 2 | - |
| Oct 28 | | | | | |





Bill issue date
Mar 21, 2023

Account
█████████

Page
1 of 30

## TOTAL DUE

# $140.00

Your bill is due by Apr 14, 2023.

AutoPay is scheduled for Apr 12, 2023 using █████

Thanks for paying your last bill of $140.00 on Mar 12, 2023.

# Hi Thomas,

## Here's your bill for March.

With your Magenta® plans, you have unlimited talk, text and data. You're receiving your AutoPay discount. Thanks for being an awesome T-Mobile customer!

---

## BALANCE FORWARD

# -$14.00



---

## PLANS

# $150.00

**Your plan includes:**

- 5G access at no extra cost
- Best-in-wireless scam protection

Details @ t-mo.co/Plans

---

## EQUIPMENT

# $4.00



**The T-Mobile® app lets you easily:**

- Pay your bill anytime/anywhere
- Upgrade your phone
- Get 24/7 support

Download the app @ t-mo.co/App

---

## SERVICES

# $0.00

**This month's charges are the same as last month's**

- Use your phone in Mexico and Canada! Enjoy Mobile Without Borders. Get unlimited talk, text and data throughout North America.

**Simple Global update:**

- Stay connected and stay up to date around the world with unlimited data now at faster speeds than before

Details @ t-mo.co/SGCall

---

YOU HAVE

# $48.34

**IN TOTAL SAVINGS**

With your promotions and discounts, you are saving some extra cash!

# Largest. Fastest. Leader in 5G.

YOU ARE COVERED IN

# 210+

countries & destinations w/ text and data

Learn more about your carrier benefits @t-mo.co/benefits

Capable device required; coverage not available in some areas. Some uses may require certain plan or feature; see T-Mobile.com. Awarded fastest by Opensignal Awards—USA: 5G User Experience Report April 2021.

Bill issue date
Mar 21, 2023

Account

Page
6 of 30



-0995 , TALK

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|
| Mar 07 | | | - | - | - |
| 4:12 PM | IN | (610) 424-2714 | Incoming | - | 2 | - |

-0995 , TALK

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|



Bill issue date
Mar 21, 2023

Account

Page
7 of 30

-0995 , TALK

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|

-0995 , TALK

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|

Mar 15

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|
| 11:37 AM | IN | (484) 249-0602 | Incoming | - | 3 | - |



## TOTAL DUE
# $98.00

Your bill is due by May 14, 2023.

Thanks for paying your last bill of $140.00 on Apr 12, 2023.

# Hi Thomas,

**Here's your bill for April.**

Thank you for being a part of the T-Mobile family! We applied a $56.00 credit to your account to show you our appreciation.

---

## BALANCE FORWARD
# -$56.00

**This is what happened since your last bill:**
- Your last bill was $140.00.
- You paid $140.00 on Apr 12.
- (254) 804-7863 had a credit/adjustment of $56.00 on Apr 18.

---

## PLANS
# $150.00

3 VOICE LINES = $120.00  |  2 CONNECTED DEVICES = $30.00

**This month's charges are the same as last month's**
- Account received a total AutoPay discount of $20.00.
- (737) 314-4691 received 2022 HINT P11 of $20.00.
- Guess what? You have unlimited minutes, texts and data with your plan!

**Your Magenta MAX plan includes:**
- 5G access at no extra cost
- Best-in-wireless scam protection
- Unlimited in-flight Wi-Fi with streaming and texting where available

Details @ t-mo.co/Plans

---

## EQUIPMENT
# $4.00

2 HANDSETS = $4.00

**This month's charges are the same as last month's**
- (512) 934-4946 received T613 2021 Smartphone Activate P2 of $8.34.

**The T-Mobile® app lets you easily:**
- Pay your bill anytime/anywhere
- Upgrade your phone
- Get 24/7 support

Download the app @ t-mo.co/App

---

## SERVICES
# $0.00

**This month's charges are the same as last month's**
- Use your phone in Mexico and Canada! Get unlimited talk, text and data throughout North America.

**Simple Global update:**
- Stay connected and stay up to date around the world with unlimited data now at faster speeds than before

Details @ t-mo.co/SGCall

---

YOU HAVE

# $48.34

**IN TOTAL SAVINGS**

With your promotions and discounts, you are saving some extra cash!

# Largest. Fastest. Most Awarded 5G Network.

YOU ARE COVERED IN

# 215+

countries & destinations w/ text and data

Learn more about your carrier benefits @t-mo.co/benefits

Capable device required; coverage not available in some areas. Some uses may require certain plan or feature; see T-Mobile.com. Awarded fastest by Opensignal Awards–USA: 5G User Experience Report April 2021.

## USAGE DETAILS

For information only - charges are shown in the One-Time Charges section.







Bill issue date
Oct 21, 2023    Account    Page
1 of 24

## TOTAL DUE
# $154.00

Your bill is due by Nov 14, 2023.

AutoPay is scheduled for Nov 12, 2023 using ▉

Thanks for paying your last bill of $154.50
on Oct 12, 2023.

## Hi Thomas,

### Here's your bill for October.

With your Magenta® plans, you have unlimited talk, text and data. Thanks for being an awesome T-Mobile customer!

---

## PLANS
### $150.00



**Your MagentaMax plan includes:**

- 5G access at no extra cost
- Best-in-wireless scam protection
- Unlimited in-flight Wi-Fi with streaming and texting where available

Details @ t-mo.co/Plans

---

## EQUIPMENT
### $4.00



**The T-Mobile® app lets you easily:**

- Pay your bill anytime/anywhere
- Upgrade your phone
- Get 24/7 support

Download the app @ t-mo.co/App

---

## SERVICES
### $0.00

**This month's charges are the same as last month's**

- Call, text, and browse in Mexico & Canada. No setup. No roaming charges. Your phone works the moment you arrive.

**Data and texting abroad:**

- Stay connected and up to date in 215+ countries & destinations around the world with non-stop data and texts

Details @ t-mo.co/IntRoam

---

YOU HAVE
# $40.00
**IN TOTAL SAVINGS**

With your promotions and discounts, you are saving some extra cash!

## Largest. Fastest. Most Awarded 5G Network.

YOU ARE COVERED IN
# 215+
countries & destinations
w/ text and data

T-Mobile is America's most awarded 5G network with the most individual awards for 5G metrics in public reports from independent industry experts. Capable device req'd; coverage not avail. in some areas. Some uses may require certain plan or feature; see T-Mobile.com. Fastest median, overall combined 5G speeds according to analysis by Ookla® of Speedtest Intelligence® data 5G download speeds for Q4 2022.

0995 , **TALK**

-0995 , **TALK**

| When | Who | Description | Type | Min | Cost |
| --- | --- | --- | --- | --- | --- |

| When | Who | Description | Type | Min | Cost |
| --- | --- | --- | --- | --- | --- |



Oct 17

| 3:50 PM | **IN** | (610) 477-0671 | Incoming | - | 2 | - |



| Bill issue date | Account | Page |
|---|---|---|
| Mar 21, 2024 | ▉▉▉▉▉ | 1 of 24 |

## TOTAL DUE
# $154.00

Your bill is due by Apr 14, 2024.

▉▉▉▉▉▉▉▉▉▉▉▉▉

Thanks for paying your last bill of $154.02 on Mar 12, 2024.

## Hi Thomas,

### Here's your bill for March.

With your Magenta® plans, you have unlimited talk, text and data. Thanks for being an awesome T-Mobile customer!

---

## PLANS
# $150.00

3 VOICE LINES = $120.00  |  1 CONNECTED DEVICE = $30.00

**This month's charges are the same as last month's**

- Account received a total AutoPay discount of $20.00.
- ▉▉▉▉▉ received 2022 HINT P11 of $20.00.
- Guess what? You have unlimited minutes, texts and data with your plan!

**Your MagentaMax plan includes:**

- 5G access at no extra cost
- Best-in-wireless scam protection
- Unlimited in-flight Wi-Fi with streaming and texting where available

Details @ t-mo.co/Plans

---

## EQUIPMENT
# $4.00

1 HANDSET = $4.00

**This month's charges are the same as last month's**

- One month closer to owning your device!

**The T-Mobile® app lets you easily:**

- Pay your bill anytime/anywhere
- Upgrade your phone
- Get 24/7 support

Download the app @ t-mo.co/App

---

## SERVICES
# $0.00

**This month's charges are the same as last month's**

- Call, text, and browse in Mexico & Canada. No setup. No roaming charges. Your phone works the moment you arrive.

**Data and texting abroad:**

- Stay connected and up to date in 215+ countries & destinations around the world with non-stop data and texts

Details @ t-mo.co/IntRoam

---

YOU HAVE
# $40.00
IN TOTAL SAVINGS

With your promotions and discounts, you are saving some extra cash!

### Largest. Fastest. Most Awarded 5G Network.

YOU ARE COVERED IN
# 215+
countries & destinations w/ text and data

T-Mobile is America's most awarded 5G network with the most individual awards for 5G metrics in public reports from independent industry experts. Capable device req'd; coverage not avail. in some areas. Some uses may require certain plan or feature; see T-Mobile.com. Fastest median, overall combined 5G speeds according to analysis by Ookla® of Speedtest Intelligence® data 5G download speeds for Q4 2022.

Bill issue date
Mar 21, 2024          Account ▮▮▮▮▮          Page
4 of 24

## USAGE DETAILS

For information only - charges are shown in the One-Time Charges section.



▮▮▮▮-0995                                                          Feb 22 - Mar 21

**TALK**

| When | Who | Description | Type | Min | Cost |
|---|---|---|---|---|---|
| Feb 22 | | | | | |
| Feb 23 | | | | | |
| Feb 24 | 11:08 AM    IN  (724) 318-6931 | Incoming | - | 3 | - |
| Feb 25 | | | | | |
| Feb 26 | | | | | |
| Feb 27 | | | | | |

...CONTINUED - ▮▮▮▮-0995 , TALK

| When | Who | Description | Type | Min | Cost |
|---|---|---|---|---|---|
| Feb 28 | | | | | |
| Feb 29 | | | | | |
| Mar 01 | 3:02 PM    IN  (832) 613-6550 | Incoming | - | 1 | - |
| Mar 02 | | | | | |
| Mar 03 | | | | | |
| Mar 04 | 10:30 AM    IN  (979) 282-3435 | Incoming | - | 1 | - |
| Mar 05 | 4:19 PM    IN  (570) 252-2166 | Incoming | - | 1 | - |
| Mar 06 | | | | | |
| Mar 07 | | | | | |
| Mar 08 | | | | | |
| Mar 09 | | | | | |



Bill issue date
Apr 21, 2024

Account

Page
1 of 20

## TOTAL DUE
# $154.00

Your bill is due by May 14, 2024.



Thanks for paying your last bill of $154.00 on Apr 13, 2024.

# Hi Thomas,

## Here's your bill for April.

With your Magenta® plans, you have unlimited talk, text and data. Thanks for being an awesome T-Mobile customer!

---

## PLANS
# $150.00

3 VOICE LINES = $120.00  |  1 CONNECTED DEVICE = $30.00

**This month's charges are the same as last month's**

- Account received a total AutoPay discount of $20.00.
- ▇▇▇▇▇▇▇ received 2022 HINT P11 of $20.00.
- Guess what? You have unlimited minutes, texts and data with your plan!

**Your MagentaMax plan includes:**

- 5G access at no extra cost
- Best-in-wireless scam protection
- Unlimited in-flight Wi-Fi with streaming and texting where available

Details @ t-mo.co/Plans

---

## EQUIPMENT
# $4.00

1 HANDSET = $4.00

**This month's charges are the same as last month's**

- One month closer to owning your device!

**The T-Mobile® app lets you easily:**

- Pay your bill anytime/anywhere
- Upgrade your phone
- Get 24/7 support

Download the app @ t-mo.co/App

---

## SERVICES
# $0.00

**This month's charges are the same as last month's**

- Call, text, and browse in Mexico & Canada. No setup. No roaming charges. Your phone works the moment you arrive.

**Data and texting abroad:**

- Stay connected and up to date in 215+ countries & destinations around the world with non-stop data and texts

Details @ t-mo.co/IntRoam

---

YOU HAVE
# $40.00
**IN TOTAL SAVINGS**

With your promotions and discounts, you are saving some extra cash!

## Largest. Fastest. Most Awarded 5G Network.

YOU ARE COVERED IN
# 215+
countries & destinations w/ text and data

T-Mobile is America's most awarded 5G network with the most individual awards for 5G metrics in public reports from independent industry experts. Capable device req'd; coverage not avail. in some areas. Some uses may require certain plan or feature; see T-Mobile.com. Fastest median, overall combined 5G speeds according to analysis by Ookla® of Speedtest Intelligence® data 5G download speeds for Q4 2022.

Bill issue date
Apr 21, 2024

Account ▮▮▮▮▮▮

Page
4 of 20

# USAGE DETAILS

For information only - charges are shown in the One-Time Charges section.



**▮▮▮▮-0995**    **Mar 22 - Apr 21**

## TALK

| When | Who | Description | Type | Min | Cost |
|---|---|---|---|---|---|
| Mar 22 | | | | | |
| Mar 23 | | | | | |
| Mar 24 | | | | | |
| Mar 25 | | | | | |
| Mar 26 | | | | | |
| Mar 27 | | | | | |
| Mar 28 | | | | | |
| Mar 29 | | | | | |
| Mar 30 | | | | | |
| Mar 31 | | | | | |

...CONTINUED ▮ ▮▮▮▮-0995 , TALK

| When | Who | Description | Type | Min | Cost |
|---|---|---|---|---|---|
| Apr 01 | | | | | |
| Apr 02 | | | | | |
| Apr 03 | | | | | |
| | 3:41 PM | IN (830) 218-3869 | Incoming | 1 | - |
| Apr 04 | | | | | |
| Apr 05 | | | | | |
| Apr 06 | | | | | |
| Apr 07 | | | | | |
| Apr 08 | | | | | |
| Apr 09 | | | | | |
| Apr 10 | | | | | |
| Apr 11 | | | | | |



Page 5 of 20



| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|
| Apr 12 | | | | | |
| Apr 13 | | | | | |
| Apr 14 | | | | | |
| Apr 15 | | | | | |
| Apr 16 | | | | | |
| Apr 17 | | | | | |
| Apr 18 | | | | | |
| Apr 19 | | | | | |
| 2:56 PM | IN (830) 218-4482 | Incoming | - | 1 | - |
| 4:08 PM | IN (806) 459-3156 | Incoming | | 1 | |
| Apr 20 | | | | | |
| Apr 21 | | | | | |



…CONTINUED - -0995 , TALK

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|

The date and time corresponds to the local time where the mobile was located.

WHO: **OUT** Outgoing  **IN** Incoming    TYPE: **F** Mobile2Mobile  **G** Voicemail  **A** Call Waiting  **W** Wi-Fi Call

### TEXT

| When | Who | Destination | Type | Cost |
|------|-----|-------------|------|------|
| Mar 22 | | | | |



Bill issue date
May 21, 2024

Account ▮▮▮▮▮

Page
1 of 22

## TOTAL DUE
# $154.00

Your bill is due by Jun 14, 2024.



Thanks for paying your last bill of $154.00 on May 12, 2024.

# Hi Thomas,

## Here's your bill for May.

With your Magenta® plans, you have unlimited talk, text and data. Thanks for being an awesome T-Mobile customer!

---

## PLANS
# $150.00

3 VOICE LINES = $120.00  |  1 CONNECTED DEVICE = $30.00

**This month's charges are the same as last month's**

- Account received a total AutoPay discount of $20.00.
- ▮▮▮▮▮ received 2022 HINT P11 of $20.00.
- Guess what? You have unlimited minutes, texts and data with your plan!

**Your MagentaMax plan includes:**

- 5G access at no extra cost
- Best-in-wireless scam protection
- Unlimited in-flight Wi-Fi with streaming and texting where available

Details @ t-mo.co/Plans

---

## EQUIPMENT
# $4.00

1 HANDSET = $4.00

**This month's charges are the same as last month's**

- One month closer to owning your device!

**The T-Mobile® app lets you easily:**

- Pay your bill anytime/anywhere
- Upgrade your phone
- Get 24/7 support

Download the app @ t-mo.co/App

---

## SERVICES
# $0.00

**This month's charges are the same as last month's**

- Call, text, and browse in Mexico & Canada. No setup. No roaming charges. Your phone works the moment you arrive.

**Data and texting abroad:**

- Stay connected and up to date in 215+ countries & destinations around the world with non-stop data and texts

Details @ t-mo.co/IntRoam

---

YOU HAVE
# $40.00
IN TOTAL SAVINGS

With your promotions and discounts, you are saving some extra cash!

# Largest. Fastest. Most Awarded 5G Network.

YOU ARE COVERED IN
# 215+
countries & destinations w/ text and data

T-Mobile is America's most awarded 5G network with the most individual awards for 5G metrics in public reports from independent industry experts. Capable device req'd; coverage not avail. in some areas. Some uses may require certain plan or feature; see T-Mobile.com. Fastest median, overall combined 5G speeds according to analysis by Ookla® of Speedtest Intelligence® data 5G download speeds for Q4 2022.

Bill issue date
May 21, 2024

Account ████████

# USAGE DETAILS

For information only - charges are shown in the One-Time Charges section.



█████ 0995     **Apr 22 - May 21**

## TALK

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|
| Apr 22 | | | | | |
| Apr 23 | | | | | |
| Apr 24 | | | | | |
| Apr 25 | | | | | |
| Apr 26 | | | | | |
| Apr 27 | | | | | |
| Apr 28 | | | | | |
| Apr 29 | | | | | |
| Apr 30 | | | | | |
| 1:01 PM   IN   (806) 478-3853 | Incoming | | - | 2 | - |
| May 01 | | | | | |
| May 02 | | | | | |
| May 03 | | | | | |

...CONTINUED - █████-0995 , TALK

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|
| May 04 | | | | | |
| May 05 | | | | | |
| May 06 | | | | | |
| 12:48 PM   IN   (832) 613-6339 | Incoming | | - | 1 | - |
| May 07 | | | | | |
| May 08 | | | | | |
| May 09 | | | | | |
| 4:10 PM   IN   (806) 459-3155 | Incoming | | - | 1 | - |
| May 10 | | | | | |
| May 13 | | | | | |
| May 14 | | | | | |
| May 15 | | | | | |



## TOTAL DUE
# $154.00

Your bill is due by Jul 14, 2024.

Thanks for paying your last bill of $154.00 on Jun 12, 2024.

# Hi Thomas,

## Here's your bill for June.

With your Magenta® plans, you have unlimited talk, text and data. Thanks for being an awesome T-Mobile customer!

---

## PLANS
# $150.00

3 VOICE LINES = $120.00  |  1 CONNECTED DEVICE = $30.00

**This month's charges are the same as last month's**

- Account received a total AutoPay discount of $20.00.
- (737) 314-4691 received 2022 HINT P11 of $20.00.
- Guess what? You have unlimited minutes, texts and data with your plan!

**Your MagentaMax plan includes:**

- 5G access at no extra cost
- Best-in-wireless scam protection
- Unlimited in-flight Wi-Fi with streaming and texting where available

Details @ t-mo.co/Plans

---

## EQUIPMENT
# $4.00

1 HANDSET = $4.00

**This month's charges are the same as last month's**

- One month closer to owning your device!

**The T-Mobile® app lets you easily:**

- Pay your bill anytime/anywhere
- Upgrade your phone
- Get 24/7 support

Download the app @ t-mo.co/App

---

## SERVICES
# $0.00

**This month's charges are the same as last month's**

- Call, text, and browse in Mexico & Canada. No setup. No roaming charges. Your phone works the moment you arrive.

**Data and texting abroad:**

- Stay connected and up to date in 215+ countries & destinations around the world with non-stop data and texts

Details @ t-mo.co/IntRoam

---

YOU HAVE
# $40.00
IN TOTAL SAVINGS

With your promotions and discounts, you are saving some extra cash!

# Largest.
# Fastest.
# Most Awarded
# 5G Network.

YOU ARE COVERED IN
# 215+
countries & destinations w/ text and data

T-Mobile is America's most awarded 5G network with the most individual awards for 5G metrics in public reports from independent industry experts. Capable device req'd; coverage not avail. in some areas. Some uses may require certain plan or feature; see T-Mobile.com. Fastest median, overall combined 5G speeds according to analysis by Ookla® of Speedtest Intelligence® data 5G download speeds for Q4 2022.

Bill issue date
Jun 21, 2024

Account ██████████

Page
4 of 24

# USAGE DETAILS

For information only - charges are shown in the One-Time Charges section.



██████ -0995                                May 22 - Jun 21

**TALK**

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|
| May 23 | | | | | |
| May 24 | | | | | |
| May 25 | | | | | |
| May 26 | | | | | |
| May 27 | | | | | |
| May 28 | | | | | |
| May 29 | | | | | |
| May 30 | | | | | |
| May 31 | | | | | |
| Jun 01 | | | | | |
| Jun 02 | | | | | |
| Jun 03 | | | | | |
| Jun 04 | | | | | |
| Jun 05 | | | | | |

...CONTINUED - ██████ -0995 , TALK

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|
| Jun 06 | | | | | |
| Jun 07 | | | | | |
| | 3:47 PM | IN | (806) 419-6514 | Incoming | - | 2 | - |
| Jun 08 | | | | | |
| Jun 10 | | | | | |
| Jun 11 | | | | | |
| Jun 12 | | | | | |
| Jun 13 | | | | | |
| Jun 14 | | | | | |
| Jun 15 | | | | | |
| Jun 16 | | | | | |
| Jun 17 | | | | | |
| Jun 18 | | | | | |
| Jun 19 | | | | | |



Bill issue date
Jul 21, 2024

Account
████████

Page
1 of 30

## TOTAL DUE
# $154.00

Your bill is due by Aug 14, 2024.



Thanks for paying your last bill of $154.00 on Jul 13, 2024.

# Hi Thomas,

### Here's your bill for July.

With your Magenta® plans, you have unlimited talk, text and data. Thanks for being an awesome T-Mobile customer!

---

## PLANS
# $150.00

3 VOICE LINES = $120.00  |  1 CONNECTED DEVICE = $30.00

**This month's charges are the same as last month's**

- Account received a total AutoPay discount of $20.00.
- ████████ received 2022 HINT P11 of $20.00.
- Guess what? You have unlimited minutes, texts and data with your plan!

**Your MagentaMax plan includes:**

- 5G access at no extra cost
- Best-in-wireless scam protection
- Unlimited in-flight Wi-Fi with streaming and texting where available

Details @ t-mo.co/Plans

---

## EQUIPMENT
# $4.00

1 HANDSET = $4.00

**This month's charges are the same as last month's**

- One month closer to owning your device!

**The T-Mobile® app lets you easily:**

- Pay your bill anytime/anywhere
- Upgrade your phone
- Get 24/7 support

Download the app @ t-mo.co/App

---

## SERVICES
# $0.00

**This month's charges are the same as last month's**

- Call, text, and browse in Mexico & Canada. No setup. No roaming charges. Your phone works the moment you arrive.

**Data and texting abroad:**

- Stay connected and up to date in 215+ countries & destinations around the world with non-stop data and texts

Details @ t-mo.co/IntRoam

---

YOU HAVE
# $40.00
**IN TOTAL SAVINGS**

With your promotions and discounts, you are saving some extra cash!

### Largest. Fastest. Most Awarded 5G Network.

YOU ARE COVERED IN
# 215+
countries & destinations w/ text and data

T-Mobile is America's most awarded 5G network with the most individual awards for 5G metrics in public reports from independent industry experts. Capable device req'd; coverage not avail. in some areas. Some uses may require certain plan or feature; see T-Mobile.com. Fastest median, overall combined 5G speeds according to analysis by Ookla® of Speedtest Intelligence® data 5G download speeds for Q4 2022.

Bill issue date
Jul 21, 2024

Account
█████████

Page
4 of 30

## USAGE DETAILS

For information only - charges are shown in the One-Time Charges section.



**█████ 0995**                                    **Jun 22 - Jul 21**

### TALK

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|
| Jun 22 | | | | | |
| Jun 24 | | | | | |
| 11:23 AM | IN (940) 223-4861 | Incoming | - | 1 | - |
| Jun 25 | | | | | |
| 4:06 PM | IN (484) 262-1131 | Incoming | - | 9 | - |
| Jun 26 | | | | | |
| Jun 27 | | | | | |
| 12:20 PM | IN (903) 254-2847 | Incoming | - | 1 | - |
| 12:20 PM | IN (570) 318-7533 | Incoming | - | 1 | - |
| 3:05 PM | IN (469) 253-6487 | Incoming | - | 1 | - |
| 3:10 PM | IN (469) 253-6274 | Incoming | - | 23 | - |
| Jun 28 1:07 PM | IN (412) 314-0763 | Incoming | - | 1 | - |
| Jun 29 | | | | | |
| Jun 30 | | | | | |
| Jul 01 | | | | | |
| 12:08 PM | IN (610) 397-9883 | Incoming | - | 1 | - |
| Jul 02 | | | | | |

...CONTINUED - █████-0995 , TALK

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|
| Jul 03 | | | | | |
| 12:06 PM | IN (610) 397-9784 | Incoming | - | 1 | - |
| Jul 04 | | | | | |
| Jul 05 | | | | | |
| 3:43 PM | IN (267) 412-5948 | Incoming | - | 1 | - |
| Jul 06 | | | | | |
| 1:30 PM | IN (717) 415-3334 | Incoming | - | 22 | - |
| Jul 07 | | | | | |
| Jul 08 | | | | | |
| 10:53 AM | IN (717) 415-3303 | Incoming | - | 2 | - |
| Jul 09 | | | | | |
| 12:14 PM | IN (570) 318-7469 | Incoming | - | 1 | - |
| Jul 10 | | | | | |




Bill issue date
Jul 21, 2024

Account

Page
5 of 30

...CONTINUED - ███ 0995 , **TALK**

| When | Who | Description | Type | Min | Cost |
|---|---|---|---|---|---|
| Jul 11 | | | | | |
| Jul 12 4:45 PM **IN** (814) 319-9509 | | Incoming | - | 1 | - |
| Jul 13 | | | | | |
| Jul 14 | | | | | |
| Jul 15 11:10 AM **IN** (610) 408-5659 | | Incoming | A | 1 | - |
| Jul 16 10:33 AM **IN** (717) 415-3263 | | Incoming | A | 1 | - |
| Jul 17 10:11 AM **IN** (717) 415-3290 | | Incoming | - | 1 | - |
| Jul 18 10:54 AM **IN** (267) 727-0787 | | Incoming | W | 1 | - |



...CONTINUED - ███ 0995 , **TALK**

| When | Who | Description | Type | Min | Cost |
|---|---|---|---|---|---|
| 3:45 PM **IN** (267) 412-5985 | | Incoming | - | 1 | - |
| Jul 19 | | | | | |
| Jul 20 4:05 PM **IN** (610) 397-9912 | | Incoming | - | 1 | - |
| Jul 21 | | | | | |
| Totals | | | | 2,416 | $0.00 |

The date and time corresponds to the local time where the mobile was located.

WHO: **OUT** Outgoing **IN** Incoming    TYPE: **A** Call Waiting **F** Mobile2Mobile **G** Voicemail **W** Wi-Fi Call

**TEXT**

| When | Who | Destination | Type | Cost |
|---|---|---|---|---|
| Jun 22 | | | | |



Bill issue date
Jul 21, 2024

Account

Page
24 of 30

...CONTINUED - ███ -099S , DATA

| When | Service | Origin | Type | MB | Cost |
|------|---------|--------|------|-----|------|
| █ | ███ | █ | | █ | |
| █ | ███ | █ | | █ | |
| █ | ███ | █ | | █ | |
| █ | ███ | | | █ | █ |

The date and time corresponds to Pacific Time (PST/PDT).

...CONTINUED - ███ 0033 , TALK

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|
| Jul 19 | ███ | ███ | █ | █ | |
| Jul 20 | ███ | | █ | █ | |
| Totals | | | | 131 | $0.00 |

The date and time corresponds to the local time where the mobile was located.

WHO: **OUT** Outgoing  **IN** Incoming    TYPE: **G** Voicemail  **W** Wi-Fi Call  **F** Mobile2Mobile



### ███ 0033                                    Jun 22 - Jul 21

TALK

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|
| Jun 23 | ███ | ███ | █ | █ | |
| Jun 25 | ███ | ███ | █ | █ | |
| Jun 26 | | | | | |
| 10:47 AM | IN  (724) 385-1176 | Incoming | | 1 | |
| | ███ | ███ | █ | █ | |
| Jun 27 | | | | | |
| Jun 28 | | | | | |
| 1:09 PM | IN  (412) 314-0745 | Incoming | - | 1 | - |
| Jun 29 | | | | | |
| Jul 01 | | | | | |
| Jul 02 | 9:51 AM | IN  (724) 385-1358 | Incoming | | 2 | - |
| 10:30 AM | IN  (717) 415-3412 | Incoming | - | 1 | - |
| | ███ | ███ | █ | █ | |
| Jul 03 | | | | | |
| Jul 05 | | | | | |
| 1:21 PM | IN  (484) 254-1988 | Incoming | - | 2 | - |
| Jul 06 | 1:46 PM | IN  (717) 415-3292 | Incoming | - | 2 | - |
| Jul 07 | | | | | |
| Jul 08 | | | | | |
| Jul 09 | 3:06 PM | IN  (412) 314-0617 | Incoming | W | 2 | - |
| Jul 10 | | | | | |
| Jul 11 | | | | | |
| 4:44 PM | IN  (814) 319-9521 | Incoming | W | 1 | - |
| Jul 12 | 9:40 AM | IN  (724) 385-1249 | Incoming | - | 1 | - |
| Jul 15 | | | | | |
| 12:46 PM | IN  (484) 262-1148 | Incoming | - | 1 | - |
| Jul 16 | 9:40 AM | IN  (724) 385-1386 | Incoming | W | 2 | - |
| Jul 17 | | | | | |
| 2:51 PM | IN  (412) 314-0S0S | Incoming | - | 1 | - |
| | ███ | ███ | █ | █ | |
| Jul 18 | ███ | ███ | █ | █ | |

TEXT

| When | Who | Destination | Type | Cost |
|------|-----|-------------|------|------|
| Jun 23 | ███ | ███ | █ | |
| Jun 25 | ███ | ███ | █ | |
| Jun 27 | | | | |
| Jun 28 | | | | |
| Jun 29 | | | | - |
| Jul 01 | | | | - |
| Jul 02 | | | | |
| Jul 03 | ███ | ███ | █ | |
| Jul 04 | | | | - |
| Jul 05 | | | | |
| Jul 06 | ███ | ███ | █ | |
| Jul 08 | | | | - |
| Jul 09 | | | | |
| Jul 10 | ███ | ███ | █ | |

| | Service | Origin | Type | MB | Cost |
|---|---------|--------|------|-----|------|
| █ | ███ | | | █ | |
| █ | ███ | | | █ | |
| █ | ███ | | | █ | |



## TOTAL DUE
# $154.00

Your bill is due by Sep 14, 2024.

Thanks for paying your last bill of $154.00 on Aug 12, 2024.

# Hi Thomas,

## Here's your bill for August.

You have completed your Flip installment plan associated to ▮▮▮▮▮. Thanks and enjoy your device.

---

## PLANS
# $150.00

3 VOICE LINES = $120.00  |  1 CONNECTED DEVICE = $30.00

**This month's charges are the same as last month's**

- Account received a total AutoPay discount of $20.00.
- ▮▮▮▮▮ received 2022 HINT P11 of $20.00.
- Guess what? You have unlimited minutes, texts and data with your plan!

**Your MagentaMax plan includes:**

- 5G access at no extra cost
- Best-in-wireless scam protection
- Unlimited in-flight Wi-Fi with streaming and texting where available

Details @ t-mo.co/Plans

---

## EQUIPMENT
# $4.00

1 HANDSET = $4.00

**This month's charges are the same as last month's**

- Your following line had Equipment Installment Plans from devices and accessories that ended which decreased your equipment charges - Flip associated to ▮▮▮▮▮

**The T-Mobile® app lets you easily:**

- Pay your bill anytime/anywhere
- Upgrade your phone
- Get 24/7 support

Download the app @ t-mo.co/App

---

## SERVICES
# $0.00

**This month's charges are the same as last month's**

- Call, text, and browse in Mexico & Canada. No setup. No roaming charges. Your phone works the moment you arrive.

**Data and texting abroad:**

- Stay connected and up to date in 215+ countries & destinations around the world with non-stop data and texts

Details @ t-mo.co/IntRoam

---

YOU HAVE
# $40.00
IN TOTAL SAVINGS

With your promotions and discounts, you are saving some extra cash!

# Largest.
# Fastest.
# Most Awarded
# 5G Network.

YOU ARE COVERED IN
# 215+
countries & destinations
w/ text and data

T-Mobile is America's most awarded 5G network with the most individual awards for 5G metrics in public reports from independent industry experts. Capable device req'd; coverage not avail. in some areas. Some uses may require certain plan or feature; see T-Mobile.com. Fastest median, overall combined 5G speeds according to analysis by Ookla® of Speedtest Intelligence® data 5G download speeds for Q4 2022.

# USAGE DETAILS

For information only - charges are shown in the One-Time Charges section.



**▮▮▮▮0995**                                             **Jul 22 - Aug 21**

...CONTINUED - ▮▮▮▮ -0995 , TALK

## TALK

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|
| Jul 22 | | | | | |
| 3:04 PM | IN (267) 412-5964 | Incoming | - | 1 | |
| Jul 23 | | | | | |
| 3:48 PM | IN (610) 408-5655 | Incoming | - | 1 | |
| Jul 24 | | | | | |
| 12:13 PM | IN (570) 318-7446 | Incoming | - | 1 | |
| Jul 25 | | | | | |
| 9:49 AM | IN (870) 345-4363 | Incoming | - | 6 | - |
| 1:12 PM | IN (484) 254-1988 | Incoming | - | 1 | |
| Jul 26 | | | | | |
| 10:44 AM | IN (610) 408-5731 | Incoming | - | 1 | |
| 2:34 PM | IN (484) 262-1160 | Incoming | - | 1 | |
| 4:53 PM | OUT (888) 982-0046 | 1-888 # | - | 8 | |
| Jul 27 | | | | | |
| Jul 28 | | | | | |
| Jul 29 | | | | | |
| 12:19 PM | IN (570) 318-7411 | Incoming | | | |

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|
| 2:46 PM | IN (484) 262-1162 | Incoming | - | 1 | |
| Jul 30 | | | | | |
| 1:39 PM | IN (512) 215-5066 | Incoming | - | 1 | |
| 4:30 PM | IN (412) 314-0664 | Incoming | - | 2 | |
| Jul 31 | | | | | |
| 3:04 PM | IN (412) 314-0678 | Incoming | - | 1 | |
| Aug 01 | | | | | |
| 10:09 AM | IN (717) 415-3229 | Incoming | - | 1 | |
| Aug 02 | | | | | |
| 11:59 AM | IN (610) 408-5732 | Incoming | - | 1 | |
| Aug 03 | | | | | |
| Aug 04 | | | | | |
| Aug 05 | | | | | |

Bill issue date
Aug 21, 2024

Account



...CONTINUED - █████ 0995 , TALK

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|
| 4:38 PM | **OUT** (888) 982-0046 | 1-888 # | - | 4 | - |
| **Aug 06** | | | | | |
| 12:25 PM | **IN** (570) 255-6496 | Incoming | - | 2 | - |
| 4:25 PM | **IN** (814) 245-2676 | Incoming | A | 1 | - |
| **Aug 07** | | | | | |
| 9:12 AM | **IN** (814) 245-2368 | Incoming | - | 1 | |
| 10:05 AM | **IN** (724) 246-5104 | Incoming | - | 2 | - |
| 10:07 AM | **IN** (717) 282-6078 | Incoming | - | 1 | - |
| **Aug 08** | | | | | |

...CONTINUED - █████ -0995 , TALK

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|
| **Aug 09** | | | | | |
| **Aug 10** | | | | | |
| **Aug 11** | | | | | |
| **Aug 12** | 8:56 AM **OUT** (610) 324-0995 | to Norristown/PA | G | 1 | |
| **Aug 13** | | | | | |

Bill issue date
Aug 21, 2024

Account

Page
6 of 36

...CONTINUED - ███ -0995 , **TALK**

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|
| | | | | | |
| Aug 14 | | | | | |
| 3:06 PM | IN  (724) 246-5108 | Incoming | - | 1 | - |
| 4:10 PM | IN  (610) 863-4988 | Incoming | A | 2 | - |
| Aug 15 | | | | | |
| Aug 16 | | | | | |

...CONTINUED - ███ -0995 , **TALK**

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|
| Aug 17 | | | | | |
| Aug 18 | | | | | |
| Aug 19 | | | | | |
| Aug 20 | | | | | |
| Aug 21 | | | | | |
| 11:26 AM | IN  (484) 209-4023 | Incoming | A | 1 | - |
| Totals | | | | 3,299 | $0.00 |

The date and time corresponds to the local time where the mobile was located.

WHO: **OUT** Outgoing  **IN** Incoming    TYPE: **F** Mobile2Mobile  **A** Call Waiting  **G** Voicemail

### TEXT

| When | Who | Destination | Type | Cost |
|------|-----|-------------|------|------|
| Jul 22 | | | | |



Bill issue date
Aug 21, 2024

Account █████████

...CONTINUED - ███ -0995 , TEXT



| When | Who | Destination | Type | Cost |
|---|---|---|---|---|
| | | | | |
| Totals | | | | $0.00 |

The date and time corresponds to Pacific Time (PST/PDT).

WHO: **OUT** Outgoing  **IN** Incoming    TYPE: **TXT** Text  **PIC** Picture

## DATA



The date and time corresponds to Pacific Time (PST/PDT).

**████████ 0033**                     **Jul 22 - Aug 21**

## TALK



| When | Who | Description | Type | Min | Cost |
|---|---|---|---|---|---|
| Jul 23 | 1:35 PM | IN (717) 415-3346 | Incoming | W | 1 | |
| Jul 24 | | | | | |
| Jul 25 | | | | | |
| Jul 26 | | | | | |

...CONTINUED - ███ -0033 , TALK



| When | | Who | Description | Type | Min | Cost |
|---|---|---|---|---|---|---|
| | 10:47 AM | IN (610) 408-5694 | Incoming | W | 1 | - |
| Jul 29 | | | | | | |
| Jul 30 | | | | | | |
| Jul 31 | 10:41 AM | IN (724) 385-1181 | Incoming | W | 1 | - |
| | 3:10 PM | IN (484) 262-1208 | Incoming | - | 1 | - |
| Aug 02 | 10:10 AM | IN (724) 385-1254 | Incoming | - | 2 | - |
| Aug 05 | | | | | | |
| | 3:57 PM | IN (814) 245-2676 | Incoming | - | 1 | - |
| Aug 06 | | | | | | |
| | 12:02 PM | IN (484) 209-5659 | Incoming | - | 4 | - |
| | 3:20 PM | IN (412) 239-8298 | Incoming | - | 1 | - |
| | 3:24 PM | IN (215) 610-4743 | Incoming | - | 1 | - |
| Aug 07 | 9:04 AM | IN (814) 245-2693 | Incoming | - | 2 | - |
| Aug 10 | | | | | | |
| Aug 12 | | | | | | |
| Aug 13 | | | | | | |
| Aug 14 | 10:41 AM | IN (484) 209-5669 | Incoming | - | 1 | - |
| Aug 15 | 9:05 AM | IN (814) 245-2667 | Incoming | W | 1 | - |
| | 10:13 AM | IN (717) 282-6189 | Incoming | - | 1 | - |
| Aug 16 | | | | | | |
| Aug 19 | | | | | | |
| Aug 20 | | | | | | |
| Aug 21 | | | | | | |
| Totals | | | | | 198 | $0.00 |

The date and time corresponds to the local time where the mobile was located.

WHO: **OUT** Outgoing  **IN** Incoming    TYPE: **W** Wi-Fi Call  **G** Voicemail  **F** Mobile2Mobile

## TEXT



| When | Who | Destination | Type | Cost |
|---|---|---|---|---|
| Jul 22 | | | | |
| Jul 23 | | | | |



Bill issue date
Sep 21, 2024

Account
██████

## TOTAL DUE

# $150.00

Your bill is due by Oct 14, 2024.

██████████████████

Thanks for paying your last bill of $154.00
on Sep 12, 2024.



# Hi Thomas,

## Here's your bill for September.

With your Magenta® plans, you have unlimited talk, text and data. Thanks for being an awesome T-Mobile customer!

---

## PLANS

# $150.00

3 VOICE LINES = $120.00  |  1 CONNECTED DEVICE = $30.00

**This month's charges are the same as last month's**

- Account received a total AutoPay discount of $20.00.
- ████████ received 2022 HINT P11 of $20.00.
- Guess what? You have unlimited minutes, texts and data with your plan!

**Your MagentaMax plan includes:**

- 5G access at no extra cost
- Best-in-wireless scam protection
- Unlimited in-flight Wi-Fi with streaming and texting where available

Details @ t-mo.co/Plans

---

## EQUIPMENT

# $0.00

**This month's charges are $4.00 less**

- You can always go to My.T-Mobile.com/shop to check out new device deals and promotions.

**The T-Mobile® app lets you easily:**

- Pay your bill anytime/anywhere
- Upgrade your phone
- Get 24/7 support

Download the app @ t-mo.co/App

---

## SERVICES

# $0.00

**This month's charges are the same as last month's**

- Call, text, and browse in Mexico & Canada. No setup. No roaming charges. Your phone works the moment you arrive.

**Data and texting abroad:**

- Stay connected and up to date in 215+ countries & destinations around the world with non-stop data and texts

Details @ t-mo.co/IntRoam

---

YOU HAVE

# $40.00

IN TOTAL SAVINGS

With your promotions and discounts, you are saving some extra cash!

# Largest. Fastest. Most Awarded 5G Network.

YOU ARE COVERED IN

# 215+

countries & destinations
w/ text and data

T-Mobile is America's most awarded 5G network with the most individual awards for 5G metrics in public reports from independent industry experts. Capable device req'd; coverage not avail. in some areas. Some uses may require certain plan or feature; see T-Mobile.com. Fastest median, overall combined 5G speeds according to analysis by Ookla® of Speedtest Intelligence® data 5G download speeds for Q4 2022.

Bill issue date
Sep 21, 2024

Account ▮▮▮▮▮

Page
4 of 30

# USAGE DETAILS

For information only - charges are shown in the One-Time Charges section.



**▮▮▮-0995**                                    **Aug 22 - Sep 21**

TALK

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|
| Aug 22 | | | | | |
| Aug 23 | | | | | |
| Aug 24 | | | | | |
| Aug 25 | | | | | |
| Aug 26 | | | | | |
| Aug 27 | | | | | |

...CONTINUED ▮ ▮▮▮-0995 , TALK

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|
| Aug 28 | 9:58 AM | IN (717) 282-6029 | Incoming | - | 1 | - |
| Aug 29 | | | | | |
| Aug 30 | | | | | |
| Aug 31 | | | | | |
| Sep 01 | | | | | |
| Sep 02 | | | | | |



█████ -0033                                             Aug 22 - Sep 21

## TALK

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|
| Aug 22 | | | | | |
| Aug 23 | | | | | |
| Aug 24 | | | | | |
| Aug 25 | | | | | |
| Aug 26 | 3:59 PM  IN  (267) 215-5794 | Incoming | W | 1 | - |
| Aug 27 | | | | | |
| Aug 28 | | | | | |
| Aug 29 | | | | | |
| Aug 30 | | | | | |
| Aug 31 | | | | | |
| Sep 03 | 9:57 AM  IN  (724) 246-5125 | Incoming | W | 1 | |
| Sep 04 | | | | | |
| Sep 05 | | | | | |
| Sep 06 | | | | | |
| Sep 09 | | | | | |
| Sep 10 | | | | | |
| Sep 11 | | | | | |
| Sep 12 | | | | | |
| Sep 13 | | | | | |

Bill issue date
Sep 21, 2024

Account ████████

Page 24 of 30

...CONTINUED · ████ -0033 , TALK

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|
| Sep 14 | | | | | - |
| Sep 16 | | | | | |
| Sep 17 | | | | | - |
| Sep 18 | | | | | |
| Sep 19 | | | | | |
| Sep 20 | | | | | - |
| Sep 21 | | | | | 0.00 |

The date and time corresponds to the local time where the mobile was located.

WHO: **OUT** Outgoing  **IN** Incoming    TYPE: **W** Wi-Fi Call  **G** Voicemail  **F** Mobile2Mobile

## TEXT

| When | Who | Destination | Type | Cost |
|------|-----|-------------|------|------|
| | | | | |