UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DOUGHTY,<br><br>Plaintiff,<br><br>v.<br><br>PELICAN INVESTMENT HOLDINGS, LLC d/b/a AUTO SERVICE DEPARTMENT,<br><br>Defendant. | Case No. 8:24-cv-01926-FWS-ADS<br><br>**ORDER RE PLAINTIFF'S *EX PARTE* APPLICATION TO EXTEND THE TIME TO FILE DEFAULT JUDGMENT AGAINST DEFENDANT PELICAN INVESTMENT HOLDINGS, LLC D/B/A AUTO SERVICE DEPARTMENT [39]** |

///

///

///

Having reviewed and considered the *Ex Parte* Application to Extend the Time to File Default Judgment Against Defendant Pelican Investment Holdings, LLC d/b/a Auto Service Department, (Dkt. 39 ("Application")), filed by Plaintiff Thomas Doughty ("Plaintiff"), the files and records of the case, the applicable law, including *Mission Power Engineering Co. v. Continental Casualty Co.*, 883 F. Supp. 488 (C.D. Cal. 1995), *Horne v. Wells Fargo Bank, N.A.*, 969 F. Supp. 2d 1203 (C.D. Cal 2013), and *In re Intermagnetics Am., Inc.*, 101 B.R. 191 (C.D. Cal. 1989), and for the good cause demonstrated in the Application, the court **ORDERS** the following:

The court **EXTENDS** Plaintiff's deadline to file a renewed motion for default judgment ("RMDJ") to **December 12, 2025**. Further, because Plaintiff informs the court that "Defendant's attorney of record appears to be presently ineligible to practice law in California," (Application at 3), Plaintiff **SHALL SERVE** a copy of its RMDJ on Defendant Pelican Investment Holdings, LLC d/b/a Auto Service Department by personal service and then **FILE** a proof of service within **five days** of the filing of the RMDJ.

**IT IS SO ORDERED**.

Dated: December 10, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE